United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COURTHOUSE NEWS SERVICE, | Case No. 21-cv-00822-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| ALEX CALVO, et al., | Re: Dkt. No. 11 |
| Defendants. | |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is conditionally DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. If defendants have not fulfilled their obligations under the settlement by November 28, 2021, plaintiffs may reopen this case to enforce the settlement. The parties shall file a stipulation of dismissal (converting this conditional dismissal to a dismissal with prejudice) or report to the Court as to the status of the case no later than December 8, 2021.

**IT IS SO ORDERED**.

Dated: June 1, 2021



WILLIAM H. ORRICK
United States District Judge